UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-CV-60357-ROSENBERG/AUGUSTIN-BIRCH

**MONSTER ENERGY COMPANY,**

    Plaintiff,

v.

**JOHN H. OWOC.,** *et al.*,

    Defendants.

_____/

### ORDER SETTING SHOW CAUSE HEARING

This matter comes before the Court on Defendant John H. Owoc's Motion to Enforce the One Satisfaction Rule and Bar Additional Collection by Monster Energy Company and to Require Monster Energy to Dismiss all Claims and Remove all Liens. DE 37. Upon a review of Defendant's Motion and accompanying reply, DE 47, the Court discovered incorrect caselaw citations that the Court believes to be fake citations hallucinated by artificial intelligence. Accordingly, this matter is set for a show cause hearing on **August 11, 2025, at 11:30 a.m.** Eastern Standard Time in Courtroom 203-D of the United States Federal Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 for Defendant Owoc to explain these citations and why he should not be sanctioned for his conduct.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 4th day of August, 2025.

 

_____
PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE