

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 0:24-cv-60357-ROSENBERG/AUGUSTIN-BIRCH

**MONSTER ENERGY COMPANY,**
Plaintiff,

v.

**JOHN H. OWOC a/k/a JACK OWOC and**
**VITAL PHARMACEUTICALS, INC. d/b/a VPX SPORTS,**
Defendants.

# CERTIFICATE OF COMPLIANCE
## Community Service Completion

This is to certify that **Mr. Jack Owoc** has successfully completed his court-ordered community service hours in accordance with the directive of this Honorable Court.

Mr. Owoc performed a total of **10+ hours** of community service with **Pawsitive Change**, a nonprofit organization dedicated to improving lives through animal care, advocacy, and community outreach.

During his service, Mr. Owoc contributed his time and professional expertise in marketing and management. Leveraging his experience managing over 2,000 employees and developing initiatives that generated over $7.25 billion in sales, he provided valuable guidance to the organization's leadership. This included strategic discussions with the founder of Pawsitive Change and ongoing availability for follow-up consultations at no cost.

While the hours were completed within the **20-day timeframe ordered by the Court on August 14, 2025**, Mr. Owoc, as a non-lawyer *pro se* individual, was unaware of the specific procedures required to formally submit a Certificate of Compliance. This document is respectfully submitted to confirm his timely completion of the obligation.

The completion of these hours has been verified and duly recorded by the undersigned representative of Pawsitive Change.

**Supporting Documentation:**

Attached hereto is a signed verification letter from **Adrian Fulle, President of Pawsitive Change**, confirming that Mr. Owoc completed the required community service hours.

Respectfully submitted this 8th day of September, 2025.

_____

**Jack Owoc**
Pro Se Defendant
6278 N Federal Hwy, #220
Fort Lauderdale, FL 33308
Email: JackOwoc.CEO@gmail.com



*Pawsitive-Change.org*

**Pawsitive Change**

16192 Coastal Hwy

Lewes, DE 19958

08/26/2025

To Whom It May Concern:

This letter serves to confirm that Mr. Jack Owoc has successfully completed 10+ hours of community service with *Pawsitive Change*, a nonprofit organization dedicated to the health and welfare of shelter animals.

During his time with us, Mr. Owoc generously shared his extensive professional business expertise, providing invaluable insight and strategic guidance. He dedicated many hours in discussion with our founder, offering tailored advice on organizational growth, marketing strategies, and operational management.

In addition, Mr. Owoc has continued to make himself available for follow-up consultations at no cost, reflecting his genuine commitment to our mission and success.

We are sincerely grateful for Mr. Owoc's time, knowledge, and contributions, which have significantly strengthened our organization.

Sincerely,

Adrian Fulle

President

Pawsitive Change