**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:24-CV-60357-WILLIAMS/AUGUSTIN-BIRCH**

**MONSTER ENERGY COMPANY,**

**Plaintiff,**

**v.**

**JOHN H. OWOC, *et al.*,**

**Defendants.**
_____________________________________/

**ORDER DENYING PLAINTIFF MONSTER ENERGY COMPANY'S MOTION TO COMPEL**

This cause comes before the Court on Plaintiff Monster Energy Company's Motion to Compel. DE 111. The Court set a discovery hearing on the Motion to Compel for September 14, 2026, at 9:30 AM. DE 110. However, upon review of the parties' briefing, the Court concludes that a hearing is unnecessary to resolve the Motion to Compel. The Court therefore **cancels** the September 14th hearing. The Court has carefully reviewed the Motion, Defendant John H. Owoc's Response thereto [112], Plaintiff's Reply [113], the entire record, and is otherwise fully advised in the premises. As set forth below, the Motion to Compel is **DENIED**.

On December 16, 2024, Plaintiff served its First Set of Requests for Production of Documents to Defendant. DE 111-1. Defendant initially responded to Plaintiff's requests on February 19, 2025, *see* DE 111-2, and later supplemented his responses on December 9, 2025. DE 111-3. Over eight (8) months later, Plaintiff filed the pending Motion to Compel, asserting that certain of Defendant's responses and objections included in his December 9, 2025 supplemental

response were improper and asking this Court to overrule the same and compel Defendant to produce certain documents. DE 111.

Per Local Rule 26.1(g)(2)(A)(i), a party must submit a discovery dispute relating to a written response or objection to a discovery request to the Court within 28 days of service of the written response or objection that is the subject of the dispute. As such, Plaintiff's time to bring a dispute pertaining to Defendant's December 9, 2025 supplemental response was on or before January 6, 2026. Plaintiff, however, did not file the pending Motion to Compel until over seven (7) months later, on August 12, 2026. The Court will not entertain such an untimely Motion. Accordingly, Plaintiff's Motion to Compel [DE 111] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 9th day of September, 2026.

PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE